Frank V. Lewis and Bernice H. Lewis, his wife, Appellees, v. Maurice Phelan and Viola Phelan, his wife, Appellants.

Gen. No. 44,962.

T. J. McCormick, for appellants; Ryan & Flood, for appellees. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed April 5, 1950; released for publication May 17, 1950.